[No. 24100–1–I.  Division One.  April 16, 1990.]

RONALD H. COLE, ET AL, *Appellants*, v. FIRST INTERSTATE BANK OF WASHINGTON, N.A., *as Guardian, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–24321–6, Faith Enyeart, J., entered February 27, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 22751–3–I.  Division One.  April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SVEN ROMMEN, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 88–1–00035–3, Richard L. Pitt, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Forrest, JJ.

[No. 23287–8–I.  Division One.  April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC BLAINE EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01753–7, Faith Enyeart, J., entered November 7, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.